# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

J.S., by and through D.S., as Next Friend,
Parent and Natural Guardian,

               **Plaintiff,**

v.                                              Case No:   6:14-cv-1889-Orl-22GJK

WALT DISNEY PARKS AND
RESORTS US, INC.,

               **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion to Dismiss with Prejudice (Doc. No. 45).   J.S., a disabled minor, is represented by his mother, who brings this action on his behalf, and has the same interests as him.   Further, no monetary relief is sought. Accordingly there is no inherent conflict of interest.

Based on the foregoing, it is ordered as follows:

1. The Unopposed Motion to Dismiss with Prejudice (Doc. No. 45) is GRANTED.

2. This case is DISMISSED with prejudice.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 18, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record